DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WILTONS BIER GARDEN** and **MORE, LLC, DOUGLAS HERBST,** and **ANGELA TOCON,**
Appellants,

v.

**ROGER QUISENBERRY,**
Appellee.

No. 4D16-3697

[July 27, 2017]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Lisa Phillips, Judge; L.T. Case Nos. CACE13-006952 and CACE15-005838.

Dean J. Trantalis and H. Maxwell Wihnyk of Trantalis & Associates, Wilton Manors, for appellants.

Andrew M. Schwartz of Andrew M. Schwartz, P.A., Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***